1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
8                                   AT SEATTLE

9   BRENDA YOST, *et al.*,

10                  Plaintiffs,

11          v.                                  Case No.  C09-759RSL

12  SABERHAGEN HOLDINGS, INC., *et al.*,        ORDER TO SHOW CAUSE

13                  Defendants.

14

15

16          This matter comes before the Court *sua sponte*.  On June 12, 2009, plaintiffs filed a

17  motion for summary judgment and remand that, taken as a whole, exceeded 50 pages in length.

18  (Dkt. #26).  As of this date, a courtesy copy of these documents has not been provided for

19  chambers.

20          Plaintiffs are hereby ORDERED to show cause why they should not be sanctioned for

21  failure to comply with Local Rule 10(e)(8), which requires courtesy copies of lengthy filings for

22  chambers.  Plaintiffs shall immediately deliver a paper copy of the motion and all supporting

23  documents, with tabs or other organizing aids as necessary and clearly marked with the words

24  "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.  Plaintiffs shall

25  respond to this order to show cause no later than five days from the date of this

26

27

28  ORDER TO SHOW CAUSE - 1

Order.

      DATED this 30th day of June, 2009.


                           _____
                           Robert S. Lasnik
                           United States District Judge

ORDER TO SHOW CAUSE - 2